Paul James Toscano, Bar #3280
Paul Toscano, P.C.
10 Exchange Place, Ste 614
Salt Lake City, Utah 84111
Telephone: (801) 359-1313
ptoscano@expresslaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| In re: | Case No.: 12-34498 JTM |
|---|---|
| CHRIS & ANNETTE GATES | Chapter: 13 |
| Debtors | FILED ELECTRONICALLY |

MOTION FOR EARLY PAYOFF OF CHAPTER 13 PLAN

Debtors, by and through their counsel of record, hereby respectfully move this Court for an Order authorizing Debtors to payoff their Chapter 13 Plan early. In support thereof, the Debtors aver as follows:

1. The Debtors filed this Chapter 13 case on November 15, 2012.

2. A confirmation hearing on Debtor's Plan was duly scheduled for December 21, 2012.

3. Debtors' Chapter 13 Plan was confirmed and a Confirmation Order was duly executed by this Court's Order entered on the Court's docket on June 20, 2013 (Docket No. 22).

4. Debtors' Chapter 13 Plan was modified by this Court's Order entered on October 4, 2013 (Docket No. 33).

5. By correspondence dated July 19, 2017 (annexed hereto as Exhibit "A") the

Chapter 13 Trustee informed Debtors and their counsel that the Chapter 13 Plan payoff amount was approximately $2,220.00 and that, Debtors' payment of this amount on or before August 31, 2017, would "return the amount on allowed, non-priority unsecured claims." The Chapter 13 Trustee also informed the Debtors and their counsel that the Debtors "will need a Court order authorizing the early completion of the plan with unsecured creditors to receive no less than the pro rata share of $26,343.00." Though the Trustee's letter (Exhibit "A") is not crystal clear, it appears that Debtors' payment of $2,220.00 prior to August 31, 2017, will "return the amount on allowed, non-priority unsecured claims," which amount is stated in Exhibit "A" as $26,343.00," which though in sufficient for a 100% return is nevertheless sufficient to complete the plan by its terms.

6. The Debtors' have withdrawn from their retirement account sufficient funds to pay into their Chapter 13 plan the sum of $2,220.00 prior to August 31, 2017.

7. The Debtors' believe that the early payoff of their Chapter 13 Plan is in the best interest of creditors and parties in interest.

8. The Debtor's have agreed to pay up to an additional $550 into the Plan, if necessary, in order to cover $500.00 in Debtors' counsel fees and related Trustee commissions thereon for legal services incurred to achieve the early payoff sought in this Motion and accompanying pleadings and papers.

For these reasons, the Debtors respectfully request the Court to grant their Motion for Early Completion of Chapter 13 Plan.

Dated this 28th day of July, 2017

_____/S/_____
Paul Toscano, attorney for Debtors

2

## CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on July 28, 2017, I electronically filed the foregoing MOTION FOR EARLY COMPLETION OF CHAPTER 13 PLAN with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

- Patti H. Bass    ecf@bass-associates.com
- Lon Jenkins tr    ecfmail@ch13ut.org, lneebling@ch13ut.org
- Paul James Toscano    ptoscano@expresslaw.com, r41549@notify.bestcase.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

## CERTIFICATE OF SERVICE – MAIL, OTHER

I hereby certify that on July 28, 2017, I caused a true and correct copy of the foregoing MOTION FOR EARLY COMPLETION OF CHAPTER 13 PLAN to all parties listed on the official matrix of this case as of July 28, 2017, except to those listing duplicate addresses on that matrix and those requesting notice via ECF and to:

Wells Fargo Bank, N.A.
PO Box 10438
MAC# X2505-036
Des Moines, IA 50306-0438

/S/
Paul Toscano, attorney for Debtors

3

# OFFICE OF LON A. JENKINS
## STANDING CHAPTER 13 TRUSTEE
## DISTRICT OF UTAH

405 South Main Street, Suite 600
Salt Lake City, Utah 84111

TELEPHONE: (801) 596-2884                                    TELECOPY: (801) 596-2898

July 19, 2017

Paul James Toscano
The Law Office of Paul Toscano, P.C.
Newhouse Building, Suite 614
10 Exchange Place
Salt Lake City, UT 84111

    Re:    Chris A. & Annette L. Gates, 12-34498

Dear Counsel:

    The payoff in the above-referenced case is **approximately** $2,220.00 through August 31, 2017. This amount will return the amount on allowed, non-priority unsecured claims. The amount necessary to return **100%** to unsecured creditors is **approximately** $46,030.00 through August 31, 2017.

    The debtor has not been in the plan for 60 months, so the debtor will need a Court order authorizing the early completion of the plan with unsecured creditors to receive no less than the pro rata share of $26,343.00 or 100%.

    The above payoff figure includes claims secured by real property that are to be paid by the Trustee through the plan ("Secured Plan Claims"). Subject to the following conditions, the Trustee does not object to the Secured Plan Claims being paid directly from the sale proceeds if necessary to expedite the closing of the transaction: (1) The creditor of a direct-paid Secured Plan Claim must provide the Chapter 13 Trustee with a copy of the payoff check and a court-stamped copy of an amended proof of claim; (2) In the alternative, such creditor may send the Chapter 13 Trustee a letter on its company letterhead with an authorized, original signature stating that the claim filed in this bankruptcy case has been fully satisfied and that no further payments are due. Such letter must include a copy of the creditor's claim filed in the bankruptcy case, and the letter must include a copy of the payoff check. If Secured Plan Claims will be paid through this transaction, the Trustee can provide the payoff figure less such claims.

    The Chapter 13 Office remains entitled to its commission under 28 U.S.C. § 586 for payments on Secured Plan Claims made by a third person, such as the closing agent. The Trustee's statutory commission in this case has been calculated and included in the payoff figure stated above.

    The Trustee has no objection to the early payoff of the bankruptcy case so long as the debtor obtains an appropriate order from the bankruptcy court specifically authorizing the proposed transaction and early payoff.

    If you have concerns or questions regarding this letter please contact your attorney.

                                              Sincerely,
                                              /S/
                                              Cassandra Post
                                              Internal Auditor

cc: Chris A. & Annette L. Gates

Exhibit "A"

Label Matrix for local noticing
1088-2
Case 12-34498
District of Utah
Salt Lake City
Fri Jul 28 11:59:38 MDT 2017

AT&T Universal Card
PO BOX 6500
Sioux Falls, SD 57117-6500

Absolute Resolutions Corp.
Care of Recovery Management Systems Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

Patti H. Bass
3936 E. Ft. Lowell Road
Suite 200
Tucson, AZ 85712-1083

Bonneville Collections
PO Box 150621
Ogden, UT 84415-0621

CHESWOLD (OPHRYS), LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Cach, LLC
4340 South Monaco, 2nd Floor
Denver, CO 80237-3485

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Citibank
P.O. Box 6406
The Lakes, NV 88901-6406

Denovus Corporation
480 Johnson Rd., Suite 110
Washington, PA 15301-8936

EOS CCA
PO BOX 556
Norwell, MA 02061-0556

Enhanced Recovery Company, LLC
8014 Bayberry Road
Jacksonville, FL 32256-7412

Annette Lee Gates
13275 South Minuteman Drive, #144
Draper, UT 84020-7987

Chris Alan Gates
13275 South Minuteman Drive, #144
Draper, UT 84020-7987

Global Credit and Collection Corp.
300 International Drive
PMB #10015
Buffalo, NY 14221-5783

HSBC Retail Services
PO BOX 49353
San Jose, CA 95161-9353

IHC Health Services
3930 West Parkway Blvd.
Salt Lake City, UT 84120-6300

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Lon Jenkins tr
405 South Main Street
Suite 600
Salt Lake City, UT 84111-3408

John C. Bonewicz, P.C.
350 North Orleans Street
Suite 300
Chicago, IL 60654-1607

Joshua S. Mirel
111 North Higgins, Suite 400
Missoula, MT 59802-4401

Larsen Law Firm PLLC
Executive Plaza - Suite 2J
121 Fourth St. N., PO BOX 1692
Great Falls, MT 59403-1692

McGuigan Law Office, LLC
311 Veterans Highway
Suite 100 A
Levittown, PA 19056-1422

Monarch Recovery Management, Inc.
PO BOX 16119
Philadelphia, PA 19114-0119

Paul Toscano, P.C.
Newhouse Building, Suite 614
10 Exchange Place
Salt Lake City, UT 84111-5120

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Paul James Toscano
The Law Office of Paul Toscano, P.C.
Newhouse Building, Suite 614
10 Exchange Place
Salt Lake City, UT 84111-5120

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United States Trustee
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134-9000


Verizon Wireless
PO Box 26055
Minneapolis, MN 55426-0055

WF Financial Cards
CSCL DSP TM MAC N8
PO BOX 14517
Des Moines, IA 50306-3517

Wells Fargo Bank
Overdraft Recovery Payment Pro. Dept.
A0143-042
P.O. Box 63491
San Francisco, Ca 94163-0001


Wells Fargo Bank N.A.
PO Box 10438
MAC# X2505-036
Des Moines, IA 50306-0438

Wells Fargo Bank, N.A.
P.O. Box 54180
Los Angeles, CA 90054-0180

Wells Fargo Card Service
PO BOX 14517
Des Moines, IA 50306-3517


Wells Fargo Consumer Credit Solutions
PO BOX 9210
Des Moines, IA 50306-9210



           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


AmeriCredit
P.O. Box 78143
Phoenix, AZ 85062

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541


U.S. Bank
Mail Location Cn-Wn-15
425 Walnut Street
Cincinnati, OH 45202

(d)US BANK N.A.
BANKRUPTCY DEPARTMENT
P.O. BOX 5229
CINCINNATI, OH 45201-5229



           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

End of Label Matrix
Mailable recipients    39
Bypassed recipients     1
Total                  40